IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02594-RPM-CBS

BILLY O. CORDOVA,

    Plaintiff,

v.

CITY OF PUEBLO, COLORADO,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Modify Scheduling Order (filed September 22, 2005, *doc. no. 17*) is **DENIED** for failure to comply with D.C.COLOL.CIVR. 6.1 C.

**DATED:**     September 23, 2005