IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02594-RPM-CBS

BILLY O. CORDOVA,

    Plaintiff,

v.

CITY OF PUEBLO, COLORADO,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Amended Unopposed Motion to Modify Scheduling Order Pursuant to D.C.COLOL.CIVR. 6.1 (filed September 30, 2005; *doc. no. 23*) is **GRANTED**. The discovery deadline is extended to no later than **December 1, 2005**. *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    October 3, 2005