IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02594-RPM-CBS

BILLY O. CORDOVA,

    Plaintiff,

v.

CITY OF PUEBLO, COLORADO,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Unopposed Motion for Stay of Proceedings or Enlargement of Time (filed February 6, 2006; *doc. no. 39*) is **GRANTED**. Plaintiff has up to and including **February 14, 2006**, to file either a stipulated motion to dismiss or a supplemental brief to the Motion to Modify Scheduling Order (filed January 12, 2006).

**DATED:**    February 7, 2006