IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-02594-RPM

BILLY O. CORDOVA,

    Plaintiff,

v.

CITY OF PUEBLO, COLORADO,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulated Motion to Dismiss filed on February 9, 2006, it is

ORDERED, that this civil action is dismissed.

Dated: February 10th, 2006

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge